IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN LEE HARRISON,<br><br>      Plaintiff,<br><br>   v.<br><br>WARDEN HDSP,<br><br>      Defendant. | No. 2:25-CV-1807-DMC-P<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.[1] Pending before the Court is Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2. Plaintiff's complaint, and service thereof by the United States Marshal if appropriate, will be addressed separately. The Clerk of the Court shall not issue summons or set this matter for an initial scheduling conference unless specifically directed by the court to do so.

Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that Plaintiff is unable to prepay fees and costs or give security therefor.

---

[1] It is unclear whether Plaintiff is currently incarcerated. In his complaint, Plaintiff states that the events alleged occurred at High Desert State Prison, which is located in Susanville, California. See ECF No. 1. On his application to proceed in forma pauperis, Plaintiff lists his address at High Desert State Prison in Susanville, California. See ECF No. 2, pg. 1. The address listed on the first page of the complaint references both an inmate identification number as well as High Desert State Prison. See id. Plaintiff's address, however, on the complaint is listed as 37040 Park Avenue in Burney, California. See ECF No. 1, pg. 1. A search on the California Department of Corrections and Rehabilitation inmate locator website yielded no results based on the inmate identification number provided on Plaintiff's filings (BW8024).

1

1   Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to
2   proceed in forma pauperis, ECF No. 2, is granted.

4   Dated: July 17, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE